No. 03–8473.  SHIPPS *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–8475.  ROBERTS *v.* GIURBINO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–8498.  LORD *v.* STERNES, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–8509.  WIGGINS, AKA CARRUTH *v.* NORTH CAROLINA. Ct. App. N. C.  Certiorari denied.

No. 03–8519.  SMITH *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–8520.  ROZENBLAT *v.* SANDIA CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–8521.  BRYANT *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–8528.  SANTIAGO *v.* MCADORY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–8533.  HEARD *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–8543.  HURBENCA *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 03–8568.  KIMBROUGH *v.* TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 03–8571.  PORTER *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 03–8618.  BIAS *v.* WEST VIRGINIA.  Cir. Ct. Cabell County, W. Va.  Certiorari denied.

No. 03–8619.  BRIGHTWELL *v.* HUTCHINSON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.